Argued May 6—decided May 6, 1975

STATE OF CONNECTICUT *v.* ROBERT R. WARD

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper

diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before June 17, 1975.

*Walter D. Flanagan,* assistant state's attorney, for the plaintiff (appellee).

*Donald F. Zezima,* for the defendant (appellant).

Argued May 6—decided May 6, 1975